UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

I.R.M. and L.M.,

    Plaintiffs,

v.                                             Civil No. 23-2226 (NEB/LIB)

INDEPENDENT SCHOOL
DISTRICT NO. 739.,

    Defendant.

_____

KIMBALL AREA PUBLIC SCHOOLS,
INDEPENDENT SCHOOL DISTRICT NO. 739,

    Plaintiff,

v.                                             Civil No. 23-2637 (JRT/LIB)

I.R.M.,

    Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 23-cv-2226 (NEB/LIB) having been assigned to Judge Nancy E. Brasel and Magistrate Judge Leo I. Brisbois and Case No. 23-cv-2637 (JRT/LIB) having later been assigned to Judge John R. Tunheim and Magistrate Judge Leo I. Brisbois, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 23-cv-2637 (JRT/LIB) be assigned to Judge Nancy E. Brasel and Magistrate Judge Leo I. Brisbois nunc pro tunc, by use of a

1

card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: August 31, 2023                      s/ Nancy E. Brasel
                                                         NANCY E. BRASEL
                                                         United States District Judge

Dated: August 31, 2023                      s/John R. Tunheim
                                                         JOHN R. TUNHEIM
                                                         United States District Judge