UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

L.M., on behalf of her son, I.R.M.,                    Civil File No. 23-CV-02637 (NEB/LIB)

Plaintiffs,

v.                                                      NOTICE OF APPEARANCE

KIMBALL AREA PUBLIC SCHOOLS,

Defendant.


The undersigned attorney hereby notifies the Court and counsel that Margaret O'Sullivan

Kane, shall appear as counsel of record for Plaintiffs L.M. and I.R.M. on their counterclaims in

this case.


Respectfully submitted,

Date: October 24, 2022           /s/ Margaret O'Sullivan Kane
                                 Margaret O'Sullivan Kane /ID # 220243
                                 Kane Education Law, LLC
                                 1041 Grand Avenue
                                 Suite 263
                                 Saint Paul, Minnesota 55105
                                 Tel. 651.222.8611
                                 Fax. 651.221.2623
                                 mkane@kaneeducationlaw.com

                                 Attorney for Plaintiffs on Counterclaims