**CERTIFICATE OF SERVICE**

Margaret O'Sullivan Kane, the undersigned attorney, certifies under penalty of perjury that on October 24, 2023, a true and correct copy of the Answer and Counterclaims was served upon Kimball Area Public Schools by and through its counsel at the contact information below. Service was made via electronic and U.S. mail, with correct postage affixed.

> Elizabeth J. Vieira (Atty. No. 392521)
> William M. Seiler (Atty. No. 403745)
> 333 South Seventh Street, Suite 2800
> Minneapolis, MN 55402
> P: (612) 436-4300
> F: (612) 436-4340
> liz.vieira@raswlaw.com
> will.seiler@raswlaw.com

Respectfully submitted,

**KANE EDUCATION LAW, LLC.**

Dated: October 24, 2023        /s/ Margaret O'Sullivan Kane
Margaret O'Sullivan Kane /ID # 220243
1041 Grand Avenue
Suite 263
Saint Paul, Minnesota 55105
Tel. 651.222.8611
Fax. 651.221.2623
mkane@kaneeducationlaw.com

Attorney for Plaintiffs on Counterclaims.