UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kimball Area Public Schools, <br> Independent School District No. 739, | Civil File No. 23-CV-02637 (NEB/LIB) |
|      Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| I.R.M by and through his Parent, <br> L.M., | |
|      Defendants. | |

---

The undersigned attorney hereby notifies the Court and counsel that Jason L. Schellack with the Autism Advocacy & Law Center shall appear as counsel of record for the Defendants I.R.M. and L.M. on the administrative appeal in this case.

 

|  |  |
|---|---|
|  | AUTISM ADVOCACY & LAW CENTER |
| Date: <u>October 24, 2023</u> | */s/ Jason Schellack* <br> Jason Schellack, License No. 0391579 <br> Attorney for I.R.M. and L.M. <br> 901 North Third Street, Suite 120 <br> Minneapolis, MN 55421 <br> Tel. 612.200.9920 <br> Email: jason@autismlawcenter.com |