UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739,<br><br>  Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>I.R.M., by and through his Parent, L.M.,<br><br>  Defendants/ Counterclaim Plaintiffs. | Civil Case No. 23-CV-02637 (NEB/LIB)<br><br>**PLAINTIFF KIMBALL AREA PUBLIC SCHOOLS' MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD** |

The above-named Plaintiff Kimball Area Public Schools ("District") hereby moves the Court for an Order granting the District judgment on the Administrative Record pursuant to its appeal of the administrative hearing decision under the Individuals with Disabilities Education Act ("IDEA"). Specifically, the District requests the following relief:

1. An order:

   a. reversing the Administrative Law Judge's findings and decision to the extent it requires the School District to provide support for I.R.M's Autism Assistance dog as part of I.R.M.'s Individualized Education Program and requires I.R.M. to attend a shortened school day;

    b.    declaring the District to be the prevailing party with respect to all claims asserted in OAH Docket No. 8-1300-39140 and OAH Docket No. 8-1300-39157;

    c.    directing the District to immediately implement the IEP proposed on February 16, 2023; and

    d.    directing entry of judgment for the District on its claims.

2.    Any other relief this Court deems appropriate.

**SQUIRES, WALDSPURGER & MACE P.A.**

Dated: May 15, 2024

By: _s/ Elizabeth J. Vieira_
Elizabeth J. Vieira (Atty. No. 392521)
William M. Seiler (Atty. No. 0402743)
333 South Seventh Street, Suite 2800
Minneapolis, MN  55402
P: (612) 436-4300
F: (612) 436-4340
liz.vieira@raswlaw.com
will.seiler@raswlaw.com

**ATTORNEYS FOR PLAINTIFF/
COUNTERCLAIM DEFENDANT
KIMBALL AREA PUBLIC SCHOOLS**