UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739,<br><br>    Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>I.R.M., by and through his Parent, L.M.,<br><br>    Defendants/ Counterclaim Plaintiffs. | Civil Case No. 23-CV-02637 (NEB/LIB)<br><br><br>**NOTICE OF HEARING** |

To:    Defendants I.R.M., by and through his Parent, L.M., and their Attorneys, Jason Schellack, Autism Advocacy & Law Center, LLC, 901 North Third Street, Suite 120, Minneapolis, MN 55421.

PLEASE TAKE NOTICE that at 10:00 a.m. on Wednesday, June 26, 2024, before the Honorable Nancy E. Brasel, in Courtroom 13W at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, Plaintiff Kimball Area Public Schools will move the Court for Judgment on the Administrative Record pursuant to its appeal of the administrative hearing decision under the Individuals with Disabilities Education Act. Said motion shall be made upon all the files, records, and proceedings herein, including the Plaintiff's memorandum of law, and supporting documents filed herewith.

1

                                      **SQUIRES, WALDSPURGER & MACE P.A.**

Dated: May 15, 2024               By:   *s/ Elizabeth J. Vieira*
                                                Elizabeth J. Vieira (Atty. No. 392521)
                                                William M. Seiler (Atty. No. 0402743)
                                                333 South Seventh Street, Suite 2800
                                                Minneapolis, MN  55402
                                                P: (612) 436-4300
                                                F: (612) 436-4340
                                                liz.vieira@raswlaw.com
                                                will.seiler@raswlaw.com

                                                **ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT KIMBALL AREA PUBLIC SCHOOLS**