UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, <br><br> Plaintiff/ Counterclaim Defendant, <br><br> v. <br><br> I.R.M., by and through his Parent, L.M., <br><br> Defendants/ Counterclaim Plaintiffs. | Civil Case No. 23-CV-02637 (NEB/LIB) <br><br> **MEET-AND-CONFER STATEMENT** |

I, Elizabeth J. Vieira, certify that counsel for Plaintiff and Defendants met and conferred on May 15, 2024 regarding Plaintiff's Motion for Judgment on the Administrative Record. The parties do not agree on a resolution for all or part of the aforementioned motion.

**SQUIRES, WALDSPURGER & MACE P.A.**

Dated: May 15, 2024

By: *s/ Elizabeth J. Vieira*
Elizabeth J. Vieira (Atty. No. 392521)
William M. Seiler (Atty. No. 0402743)
333 South Seventh Street, Suite 2800
Minneapolis, MN  55402
P: (612) 436-4300
F: (612) 436-4340
liz.vieira@raswlaw.com
will.seiler@raswlaw.com

**ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT KIMBALL AREA PUBLIC SCHOOLS**