# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Kimball Area Public Schools,<br>Independent School District No. 739,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>I.R.M., by and through his Parent,<br>L.M.,<br><br>    Defendants/Counterclaim Plaintiffs. | Civil File No. 23-CV-02637 (NEB/LIB)<br><br>**DEFENDANTS' MOTION<br>FOR JUDGMENT ON THE<br>ADMINISTRATIVE RECORD** |

___

**PLEASE TAKE NOTICE** that on October 2, 2024 at 10:00 a.m. before the Honorable Judge Nancy E. Brasel, the Defendants, pursuant to Federal Rules of Civil Procedure 12 and 56 and the Individuals with Disabilities Education Act, 20 U.S.C. § 1415(i), will move the Court for an Order granting judgment on the administrative record in favor of the Defendants, who are currently the prevailing parties.

The Defendants' motion will be based upon the entire administrative record from the Minnesota Department of Education as already filed with the Court; the attached Memorandum; the Plaintiff's responsive pleadings; the files, records, and proceedings herein; and the arguments of counsel.

Date: <u>May 28, 2024</u>

**AUTISM ADVOCACY & LAW CENTER**

*/s/ Jas Sch*

Jason L. Schellack, License No. 0391579
Attorney for the Defendants
901 North Third Street, Suite 120
Minneapolis, MN 55421

1

Tel. 612.200.9920
Email: jason@autismlawcenter.com