## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil File No. 23-CV-02637 (NEB/LIB) |
| Plaintiff/Counterclaim Defendant, | **NOTICE OF HEARING** |
| vs. | |
| I.R.M., by and through his Parent, L.M., | |
| Defendants/Counterclaim Plaintiffs. | |

_____

TO:  Plaintiff Kimball Area Public Schools, by and through its attorneys, Elizabeth J. Vieira and William M. Seiler, Squires, Waldspurger & Mace, P.A., 333 South Seventh Street, Suite 2800 Minneapolis, MN 55402.

**PLEASE TAKE NOTICE** that on October 2, 2024 at 10:00 a.m. before the Honorable Judge Nancy E. Brasel, in Courtroom 13W at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, the Defendants, pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1415(i), will move the Court for an Order granting judgment on the administrative record in favor of the Defendants, who are currently the prevailing parties.

The Defendants' motion will be based upon the entire administrative record from the Minnesota Department of Education as already filed with the Court; the attached Memorandum; the Plaintiff's responsive pleadings; the files, records, and proceedings herein; and the arguments of counsel.

1

|  |  |
|---|---|
| Date: <u>May 28, 2024</u> | **AUTISM ADVOCACY & LAW CENTER**<br>*/s/ Jason Schellack*<br>Jason L. Schellack, License No. 0391579<br>Attorney for the Defendants<br>901 North Third Street, Suite 120<br>Minneapolis, MN 55421<br>Tel. 612.200.9920<br>Email: jason@autismlawcenter.com |