UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Kimball Area Public Schools,<br>Independent School District No. 739,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>I.R.M., by and through his Parent,<br>L.M.,<br><br>    Defendants/Counterclaim Plaintiffs. | Civil File No. 23-CV-02637 (NEB/LIB)<br><br>**MEET-AND-CONFER STATEMENT** |

_____

I, Jason L. Schellack, certify that counsel for the Plaintiff and Defendants met and conferred on May 15, 2024 regarding the Plaintiff's and Defendants' Motions for Judgment on the Administrative Record. The parties did not come to any resolution regarding their cross-motions.

Date: May 28, 2024

**AUTISM ADVOCACY & LAW CENTER**

*/s/ Jason Schellack*

Jason L. Schellack, License No. 0391579
Attorney for the Defendants
901 North Third Street, Suite 120
Minneapolis, MN 55421
Tel. 612.200.9920
Email: jason@autismlawcenter.com

1