UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil File No. 23-CV-02637 (NEB/LIB) |
| Plaintiff/Counterclaim Defendant, | **ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD** |
| vs. | |
| I.R.M., by and through his Parent, L.M., | |
| Defendants/Counterclaim Plaintiffs. | |

_____

The above-entitled matter came before the Honorable Nancy E. Brasel at 10:00 a.m. on Wednesday, October 2, 2024, in Courtroom 13W at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, for hearing on cross-motions for Judgment on the Administrative Record. Elizabeth J. Vieira, Esq., and William M. Seiler, Esq., appeared on behalf of Plaintiff.  Jason L. Schellack, Esq., appeared on behalf of the Defendants.

Based upon the files, records, and proceedings herein, it is hereby ordered:

1. Plaintiff's Motion for Judgment on the Administrative Record is <u>DENIED</u> in its entirety.

2. Defendants' Motion for Judgment on the Administrative Record is <u>GRANTED</u> in its entirety.

3. Defendants are deemed the prevailing party with respect to all Individuals with Disabilities Act ("IDEA") claims asserted in OAH Docket No. 8-1300-39140 and OAH Docket No. 8-1300-39157.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _____

_____
Nancy E. Brasel
U.S. District Court Judge