UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil No. 23-2637 (NEB/LIB) |
| Plaintiff and Counter Defendant, | **[PROPOSED] ORDER AMENDING PRETRIAL SCHEDULING ORDER** |
| v. | |
| I.R.M. by and through his parent, L.M., | |
| Defendants and Counter Claimants. | |

---

This matter is before the Court on the Stipulation for a Pretrial Scheduling Order (Doc. \_\_\_). Having considered the Stipulation and for good cause shown, **IT IS ORDERED THAT** the Pretrial Scheduling Order is amended as set forth below.

1. The initial expert disclosure deadline shall be on September 15, 2024.

2. The rebuttal expert witness disclosure deadline shall be on or before October 15, 2024.

3. All other deadlines and requirements of the Pretrial Scheduling Order (Doc. 16) remain unchanged.


Dated: _____      _____
                                          LEO I. BRISBOIS
                                          United States Magistrate Judge