UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil No. 23-2637 (NEB/LIB) |
| Plaintiff and Counter Defendant, | **[PROPOSED] ORDER AMENDING PRETRIAL SCHEDULING ORDER** |
| v. | |
| I.R.M. by and through his parent, L.M., | |
| Defendants and Counter Claimants. | |

---

This matter is before the Court on the Stipulation to Amend the Amended Pretrial Scheduling Order (Doc. ___). Having considered the Stipulation and for good cause shown, **IT IS ORDERED THAT** the Amended Pretrial Scheduling Order is amended as set forth below.

1. The initial expert disclosure deadline shall be on October 31, 2024.

2. The rebuttal expert witness disclosure deadline shall be on or before November 29, 2024.

3. The expert discovery deadline shall be on December 31, 2024.

4. Non-dispositive motions shall be filed and the Hearing thereon completed prior to January 31, 2025.

5. A mandatory settlement conference shall be set for some time in March, 2025.

6. Dispositive motions shall be filed by the moving party on or before February 28, 2025.

7. This case shall be ready for trial on June 27, 2025

8. All other deadlines and requirements of the Amended Pretrial Scheduling Order (Doc. 47) remain unchanged.

Dated: _____ _____
LEO I. BRISBOIS
United States Magistrate Judge