UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KIMBALL AREA PUBLIC SCHOOL, ISD No. 739,<br><br>          Plaintiff/Counter Defendant,<br>v.<br><br>I.R.M., by and through his parent, L.M.,<br><br>    Defendants/Counter Claimants. | Civil File No. 23-cv-2637 (NEB/LIB)<br><br>**COUNTER CLAIMANTS' UNOPPOSED MOTION TO EXTEND DEADLINE** |

To: Counter Defendant, Kimball Area Public School, by and through counsel Elizabeth J. Vieira and William M. Seiler of Squires, Waldspurger & Mace, P.A., 333 South Seventh Street. Suite 2800, Minneapolis, Minnesota 55402.

Pursuant to LR 7.1, Counter Claimants move the Court, unopposed, to extend the deadline to complete expert discovery to from January 15, 2025 to February 15, 2025 to accommodate Counter Defendant's request that the expert deposition be rescheduled scheduled for February 12, 2025.

                                        KANE EDUCATION LAW, LLC

DATE: January 22, 2025        /s/ Margaret O'Sullivan Kane
                                        Margaret O'Sullivan Kane/ID # 220243
                                        1041 Grand Avenue
                                        Suite 263
                                        Saint Paul, Minnesota 55105
                                        Tel. 651.222.8611
                                        mkane@kaneeducationlaw.com

                                        Attorney for Counter Claimants