UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KIMBALL AREA PUBLIC SCHOOL, ISD No. 739,<br><br>　　　　　Plaintiff/Counter Defendant,<br><br>v.<br><br>I.R.M., by and through his parent, L.M.,<br><br>　　Defendants/Counter Claimants. | Civil File No. 23-cv-2637 (NEB/LIB)<br><br>**COUNTER CLAIMANTS' NOTICE OF MOTION TO EXTEND DEADLINE** |

To: Counter Defendant, Kimball Area Public School, by and through counsel Elizabeth J. Vieira and William M. Seiler of Squires, Waldspurger & Mace, P.A., 333 South Seventh Street. Suite 2800, Minneapolis, Minnesota 55402.

**PLEASE TAKE NOTICE**, the undersigned will bring an Unopposed Motion to Extend the expert discovery deadline for Kenneth Young pursuant to agreement reached between the parties in the meet-and-confer to be heard before the Honorable Leo I. Brisbois and to take place in Courtroom 3 at the United States District Courthouse, 515 West First Street, Duluth, Minnesota 55802 on February 11 at 10:00 a.m.

　　　　　　　　　　　　　　　　　　KANE EDUCATION LAW, LLC

DATE: January 22, 2025　　　　　/s/ Margaret O'Sullivan Kane
　　　　　　　　　　　　　　　　　　Margaret O'Sullivan Kane/ID # 220243
　　　　　　　　　　　　　　　　　　1041 Grand Avenue
　　　　　　　　　　　　　　　　　　Suite 263
　　　　　　　　　　　　　　　　　　Saint Paul, Minnesota 55105
　　　　　　　　　　　　　　　　　　Tel. 651.222.8611
　　　　　　　　　　　　　　　　　　mkane@kaneeducationlaw.com

　　　　　　　　　　　　　　　　　　Attorney for Counter Claimants