UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KIMBALL AREA PUBLIC SCHOOL, ISD No. 739,<br><br>　　　　　　　Plaintiff/Counter Defendant,<br>v.<br><br>I.R.M., by and through his parent, L.M.,<br><br>　　　Defendants/Counter Claimants. | Civil File No. 23-cv-2637 (NEB/LIB)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND EXPERT DISCOVERY DEADLINE** |

This matter is before the Court on the Counter Claimants' Motion to Extend Discovery Deadline [Docket No. 53]. Having considered the motion and attendant pleadings, the Court finding no hearing necessary, and for good cause shown,

**IT IS ORDERED THAT** the Second Scheduling Order [Docket No. 50] is amended as set forth below:

Expert discovery for the purposes of completing Kenneth Young's deposition is extended to February 15, 2025.

Dated: January 24, 2025

　　　　　　　　　　　　　　　　　s/Leo I. Brisbois
　　　　　　　　　　　　　　　　　Hon. Leo I. Brisbois
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE