UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil Case No. 23-CV-02637 (NEB/LIB) |
| Plaintiff/ Counterclaim Defendant, | **NOTICE OF HEARING ON MOTION TO COMPEL DISCOVERY** |
| v. | |
| I.R.M., by and through his Parent, L.M., | |
| Defendants/ Counterclaim Plaintiffs. | |

TO: Defendants/ Counterclaimants I.R.M., by and through his Parent, L.M., and their Attorney, Margaret O'Sullivan Kane, Kane Education Law, LLC, 1654 Grand Ave, St. Paul, MN 55105.

**PLEASE TAKE NOTICE** that on February 11, 2025, at 10:30 a.m., before the Honorable Magistrate Judge Leo I. Brisbois, at United States District Courthouse, 515 West First Street, Duluth, a hearing will be held in Courtroom 3 on Plaintiff/ Counterclaim Defendant Kimball Area Public Schools, Independent School District No. 739's ("District") Motion to Compel Discovery. Said motion shall be made upon all the files, records and proceedings herein, including the District's memorandum of law, declarations and exhibits, and supporting documents filed herewith.

2

|  |  |
|---|---|
|  | **SQUIRES, WALDSPURGER & MACE P.A.** |
| Dated: January 28, 2025 | By: */s/ William M. Seiler*<br>Elizabeth J. Vieira (Atty. No. 392521)<br>William M. Seiler (Atty. No. 0402743)<br>333 South Seventh Street, Suite 2800<br>Minneapolis, MN  55402<br>P: (612) 436-4300<br>F: (612) 436-4340<br>liz.vieira@raswlaw.com<br>will.seiler@raswlaw.com<br><br>**ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT KIMBALL AREA PUBLIC SCHOOLS** |