UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739,<br><br>    Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>I.R.M., by and through his Parent, L.M.,<br><br>    Defendants/ Counterclaim Plaintiffs. | Civil Case No. 23-CV-02637 (NEB/LIB)<br><br>**MEET-AND-CONFER STATEMENT** |

I, William M. Seiler, certify that counsel for Plaintiff/ Counterclaim Defendant offered to meet and confer about Defendants/ Counterclaim Plaintiffs' deficient discovery responses in a letter to Defendants/ Counterclaim Plaintiffs dated January 16, 2025. Defendants/ Counterclaim Plaintiffs did not communicate that they wished to meet and confer.

                                                **SQUIRES, WALDSPURGER**
                                                **& MACE P.A.**

Dated: January 28, 2025            By:   */s/ William M. Seiler*
                                                   Elizabeth J. Vieira (Atty. No. 392521)
                                                   William M. Seiler (Atty. No. 0402743)
                                                   333 South Seventh Street, Suite 2800
                                                   Minneapolis, MN  55402
                                                   P: (612) 436-4300
                                                   F: (612) 436-4340
                                                   liz.vieira@raswlaw.com
                                                   will.seiler@raswlaw.com

                                               **ATTORNEYS FOR PLAINTIFF/**
                                               **COUNTERCLAIM DEFENDANT**
                                               **KIMBALL AREA PUBLIC SCHOOLS**