UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739,<br><br>    Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>I.R.M., by and through his Parent, L.M.,<br><br>    Defendants/ Counterclaim Plaintiffs. | Civil Case No. 23-CV-02637 (NEB/LIB)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL DISCOVERY** |

This matter came before the Court on February 11, 2025, pursuant to Plaintiff/ Counterclaim Defendant Kimball Area Public Schools, Independent School District No. 739's Motion to Compel Discovery. The matter was submitted to the Court upon the memoranda and exhibits submitted by the parties.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff/ Counterclaim Defendant's Motion Compel Discovery is **GRANTED**. Defendants/ Counterclaim Plaintiffs shall respond to Plaintiff/ Counterclaim Defendant's Interrogatory Numbers 3, 12, 18, and 21 within ten (10) days of the date of this Order. Defendants/ Counterclaim Plaintiffs are prohibited from introducing undisclosed items and documents supporting their computation of damages at trial. Defendants/ Counterclaim Plaintiffs have waived any and all

objections by not timely responding to Plaintiff/ Counterclaim Defendant's discovery requests.

2. Plaintiff/ Counterclaim Defendant's request for reasonable costs and attorneys' fees for bringing this motion is **GRANTED**. The award amount will be based upon the Affidavit submitted by counsel for Plaintiff/ Counterclaim Defendant, and a subsequent Order will follow. Plaintiff/ Counterclaim Defendant will provide an affidavit to the Court detailing its fees expended in bringing this Motion to Compel Discovery no later than fourteen days from the date of this Order. Defendants/ Counterclaim Plaintiffs may respond to the affidavit submitted by Plaintiff/ Counterclaim Defendant, if they choose to, no later than seven days after Plaintiff/ Counterclaim Defendant provides its affidavit.

Dated:_____

_____
Hon. Leo I. Brisbois
Magistrate Judge