UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KIMBALL AREA PUBLIC SCHOOL, ISD No. 739,<br><br>          Plaintiff/Counter Defendant,<br><br>v.<br><br>I.R.M., by and through his parent, L.M.,<br><br>          Defendants/Counter Claimants. | Civil File No. 23-cv-2637 (NEB/LIB)<br><br>**CERTIFICATE OF COMPLIANCE**<br>**LR 7.1** |

Counter Claimants certify that the Memorandum in Opposition to Counter Defendant's Motion to Compel is comprised of 3,360 words, 328 lines and does not exceed the limits established in LR 7.1(f).

KANE EDUCATION LAW, LLC

DATE: February 4, 2025

/s/ Margaret O'Sullivan Kane
Margaret O'Sullivan Kane/ID # 220243
1041 Grand Avenue
Suite 263
Saint Paul, Minnesota 55105
Tel. 651.222.8611
mkane@kaneeducationlaw.com

Attorney for Counter Claimants