UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Kimball Area Public Schools,
Independent School District No. 739,

      Plaintiff/ Counterclaim Defendant,

v.

I.R.M., by and through his Parent,
L.M.,

      Defendants/ Counterclaim
      Plaintiffs.

Civil Case No. 23-CV-02637 (NEB/LIB)


**MOTION TO AMEND THE
SCHEDULING ORDER**

---

TO:    Defendants/ Counterclaimants I.R.M., by and through his Parent, L.M., and their
Attorney, Margaret O'Sullivan Kane, Kane Education Law, LLC, 1654 Grand
Ave, St. Paul, MN 55105.

      **PLEASE TAKE NOTICE** that Plaintiff/ Counterclaim Defendant Kimball Area

Public Schools, Independent School District No. 739 ("District") hereby moves the Court

for an order amending the Second Amended Pretrial Scheduling Order pursuant to

Federal Rule of Civil Procedure 16(b)(4).  The District's motion is based upon all the

files, records and proceedings herein, including the District's memorandum of law,

declarations and exhibits, and supporting documents filed herewith.

**SQUIRES, WALDSPURGER**
**& MACE P.A.**

Dated: February 24, 2025

By: */s/ William M. Seiler*
Elizabeth J. Vieira (Atty. No. 392521)
William M. Seiler (Atty. No. 0402743)
333 South Seventh Street, Suite 2800
Minneapolis, MN  55402
P: (612) 436-4300
F: (612) 436-4340
liz.vieira@raswlaw.com
will.seiler@raswlaw.com

**ATTORNEYS FOR PLAINTIFF/**
**COUNTERCLAIM DEFENDANT**
**KIMBALL AREA PUBLIC SCHOOLS**