UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil Case No. 23-CV-02637 (NEB/LIB) |
| Plaintiff/ Counterclaim Defendant, | |
| v. | **NOTICE OF HEARING ON MOTION TO AMEND THE SCHEDULING ORDER** |
| I.R.M., by and through his Parent, L.M., | |
| Defendants/ Counterclaim Plaintiffs. | |

TO: Defendants/ Counterclaimants I.R.M., by and through his Parent, L.M., and their Attorney, Margaret O'Sullivan Kane, Kane Education Law, LLC, 1654 Grand Ave, St. Paul, MN 55105.

**PLEASE TAKE NOTICE** that on March 10, 2025, at 10:30 a.m., before the Honorable Magistrate Judge Leo I. Brisbois, at United States District Courthouse, 515 West First Street, Duluth, Minnesota 55802 a hearing will be held in Courtroom 3 on Plaintiff/ Counterclaim Defendant Kimball Area Public Schools, Independent School District No. 739's ("District") Motion to Amend the Scheduling Order. Said motion shall be made upon all the files, records and proceedings herein, including the District's memorandum of law, declarations and exhibits, and supporting documents filed herewith. The District is agreeable to having the motion decided without a hearing and understands that Defendants/ Counterclaim Plaintiffs' counsel has not yet determined whether Defendants/ Counterclaim Plaintiffs will agree to the same.

|  |  |
|---|---|
|  | **SQUIRES, WALDSPURGER & MACE P.A.** |
| Dated: February 24, 2025 | By: */s/ William M. Seiler* <br> Elizabeth J. Vieira (Atty. No. 392521) <br> William M. Seiler (Atty. No. 0402743) <br> 333 South Seventh Street, Suite 2800 <br> Minneapolis, MN  55402 <br> P: (612) 436-4300 <br> F: (612) 436-4340 <br> liz.vieira@raswlaw.com <br> will.seiler@raswlaw.com <br><br> **ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT KIMBALL AREA PUBLIC SCHOOLS** |