UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739,<br><br>    Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>I.R.M., by and through his Parent, L.M.,<br><br>    Defendants/ Counterclaim Plaintiffs. | Civil Case No. 23-CV-02637 (NEB/LIB)<br><br>**MEET-AND-CONFER STATEMENT** |

I, William M. Seiler, certify that counsel for Plaintiff/ Counterclaim Defendant met and conferred with Defendants/ Counterclaim Plaintiffs regarding Plaintiff/ Counterclaim Defendant's Motion to Amend the Scheduling Order on February 20, 2025. The parties were unable to come to a mutual agreement regarding amending the scheduling order. The District is agreeable to having the motion decided without a hearing and understands that Defendants/ Counterclaim Plaintiffs' counsel has not yet determined whether Defendants/ Counterclaim Plaintiffs will agree to the same.

|  |  |
|---|---|
|  | **SQUIRES, WALDSPURGER & MACE P.A.** |
| Dated: February 24, 2025 | By: */s/ William M. Seiler*<br>Elizabeth J. Vieira (Atty. No. 392521)<br>William M. Seiler (Atty. No. 0402743)<br>333 South Seventh Street, Suite 2800<br>Minneapolis, MN  55402<br>P: (612) 436-4300<br>F: (612) 436-4340<br>liz.vieira@raswlaw.com<br>will.seiler@raswlaw.com<br><br>**ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT KIMBALL AREA PUBLIC SCHOOLS** |