UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools,<br>Independent School District No. 739,<br><br>    Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>I.R.M., by and through his Parent,<br>L.M.,<br><br>    Defendants/ Counterclaim<br>    Plaintiffs. | Civil Case No. 23-CV-02637 (NEB/LIB)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO AMEND THE SCHEDULING ORDER** |

This matter came before the Court on March 10, 2025, pursuant to Plaintiff/ Counterclaim Defendant Kimball Area Public Schools, Independent School District No. 739's Motion to Amend the Scheduling Order. The matter was submitted to the Court upon the memoranda and exhibits submitted by the parties.

**IT IS HEREBY ORDERED THAT:**

1. The Second Amended Pretrial Scheduling Order's dispositive motion deadline is suspended.

2. The Court will set a status conference to schedule a new dispositive motion deadline after the Court decides on the parties' cross-motions for Judgment on the Administrative Record, on Plaintiff/ Counterclaim Defendant's Motion to Compel Discovery, and after the parties have had an opportunity to comply with any

Orders from the Court on the Plaintiff/ Counterclaim Defendant's Motion to Compel Discovery.

Dated:_____                    _____
                                          Hon. Leo I. Brisbois
                                          Magistrate Judge