

Jay T. Squires*†     Tessa S. Wagner
Michael J. Waldspurger*     Marcus B. Jardine
Amy E. Mace     William M. Seiler
Trevor S. Helmers*     Dalia N. Istephanous
John P. Edison*     Molly M. Fischl
Liz J. Vieira     Craig W. Hardie
Kristin C. Nierengarten     Shelby M. Borthwick
Zachary J. Cronen     Maxwell S. Blosser
Michael J. Ervin*     Jesse C. Peterson
Abigail R. Kelzer

*Also Admitted in Wisconsin
†Real Property Specialist Certified - MN State Bar Association

February 26, 2025

*via ECF Filing*
Honorable Judge Leo I. Brisbois
United States District Court
515 West 1st Street, Room 412
Duluth, MN 55802-1397

      RE:    *Kimball Area Public Schools, ISD No. 739 v. I.R.M., et al.*
              Court File No. 23-cv-02637 NEB/LIB
              Our File No. 1696-0083

Dear Magistrate Judge Brisbois:

      On February 24, 2025, Plaintiff/Counterclaim Defendant ("District") filed its Motion to Amend the Scheduling Order and supporting documents. *See* Docs. 77-81. At that time, the District notified the Court that it was agreeable to having its motion decided on the written pleadings. *See* Doc. 78 & 80. On February 25, 2025, counsel for Defendant/Counterclaim Plaintiff ("Counterclaimants") notified the District that Counterclaimants agree to have the District's Motion to Amend the Scheduling Order decided on the written pleadings. Accordingly both parties agree that the Court can decide the District's Motion to Amend the Scheduling Order on the written pleadings.

      Thank you for your time and consideration of this correspondence.

                                Very Truly Yours,

                                */s/ William M. Seiler*

                                Liz. J. Vieira
                                William M. Seiler