### CERTIFICATE OF SERVICE

Margaret O'Sullivan Kane, the undersigned attorney, certifies under penalty of perjury that on March 3, 2025, I did cause to have a true and correct copy of the *Counter Claimants' Memorandum in Opposition to Counter Defendant's Motion to Amend the Scheduling Order, Certificate of Compliance, Declaration of Margaret O'Sullivan Kane with Exhibits 1-4* to be served upon Counter Defendant by and through its counsel by electronic filing.

> Elizabeth J. Vieira
> William M. Seiler
> Squires Waldspurger & Mace, P.A.,
> 333 South Seventh Street
> Suite 2800
> Minneapolis, Minnesota 55402
> liz.vieira@raswlaw.com
> will.seiler@raswlaw.com
>
> Attorneys for Counter Defendant

Date: March 3, 2025                         /s/ Margaret O'Sullivan Kane
                                            Margaret O'Sullivan Kane/ID No. 0220243