UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739,　　Plaintiff/ Counterclaim Defendant,　v.　I.R.M., by and through his Parent, L.M.,　　Defendants/ Counterclaim Plaintiffs. | Civil Case No. 23-CV-02637 (NEB/LIB)　**COUNTERCLAIM DEFENDANT KIMBALL AREA PUBLIC SCHOOL'S MOTION FOR SUMMARY JUDGMENT** |

The above-named Counterclaim Defendant Kimball Area Public Schools ("District"), pursuant to Federal Rule of Civil Procedure 56, hereby moves the Court for an Order granting the District Summary Judgment on all claims against it as stated in Counterclaim Plaintiffs' counterclaim. Said motion is based on all of the files, records and proceedings herein, including the District's forthcoming memorandum of law, declarations and exhibits, and supporting documents.

|  |  |
|---|---|
|  | **SQUIRES, WALDSPURGER & MACE P.A.** |
| Dated: March 17, 2025 | By: */s/ William M. Seiler*<br>Elizabeth J. Vieira (Atty. No. 392521)<br>William M. Seiler (Atty. No. 0402743)<br>333 South Seventh Street, Suite 2800<br>Minneapolis, MN  55402<br>P: (612) 436-4300<br>F: (612) 436-4340<br>liz.vieira@raswlaw.com<br>will.seiler@raswlaw.com |
|  | **ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT KIMBALL AREA PUBLIC SCHOOLS** |