UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739,<br><br>     Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>I.R.M., by and through his Parent, L.M.,<br><br>     Defendants/ Counterclaim Plaintiffs. | Civil Case No. 23-CV-02637 (NEB/LIB)<br><br><br><br>**NOTICE OF HEARING** |

To:   Defendants/ Counterclaimants I.R.M., by and through his Parent, L.M., and their Attorney, Margaret O'Sullivan Kane, Kane Education Law, LLC, 1654 Grand Ave, St. Paul, MN 55105.

PLEASE TAKE NOTICE that at 4:00 p.m. on Wednesday, July 2, 2025, before the Honorable Nancy E. Brasel, in Courtroom 13W at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, Counterclaim Defendant Kimball Area Public Schools will move the Court for Summary Judgment pursuant to pursuant to Rule 56 of the Federal Rules of Civil Procedure. Said motion shall be made upon all the files, records, and proceedings herein, including the Counterclaim Defendant's memorandum of law, and supporting documents filed herewith.

|  |  |
|---|---|
|  | **SQUIRES, WALDSPURGER & MACE P.A.** |
| Dated: March 17, 2025 | By: */s/ William M. Seiler*<br>Elizabeth J. Vieira (Atty. No. 392521)<br>William M. Seiler (Atty. No. 0402743)<br>333 South Seventh Street, Suite 2800<br>Minneapolis, MN  55402<br>P: (612) 436-4300<br>F: (612) 436-4340<br>liz.vieira@raswlaw.com<br>will.seiler@raswlaw.com<br><br>**ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT KIMBALL AREA PUBLIC SCHOOLS** |