UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739,<br><br>    Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>I.R.M., by and through his Parent, L.M.,<br><br>    Defendants/ Counterclaim Plaintiffs. | Civil Case No. 23-CV-02637 (NEB/LIB)<br><br>**LOCAL RULE 5.6 STATEMENT OF CONFIDENTIALITY** |

Consistent with Local Rule 5.6 and the Advisory Committee Note, Counterclaim Defendant designates the following documents as confidential:

- Exhibit 6 to the Declaration of William Seiler in Support of Counterclaim Defendant's Motion for Summary Judgment

- Exhibit 7 to the Declaration of William Seiler in Support of Counterclaim Defendant's Motion for Summary Judgment

Counterclaim Defendant is filing these documents under seal. The vast majority of contents of these documents fall under the Court's Protective Order (*see* Doc. 73), with confidential information intertwined with non-protected information throughout the filings, making redaction impracticable.

|  |  |
|---|---|
|  | **SQUIRES, WALDSPURGER & MACE P.A.** |
| Dated: March 17, 2025 | By: _/s/ William M. Seiler_<br>Elizabeth J. Vieira (Atty. No. 392521)<br>William M. Seiler (Atty. No. 0402743)<br>333 South Seventh Street, Suite 2800<br>Minneapolis, MN 55402<br>P: (612) 436-4300<br>F: (612) 436-4340<br>liz.vieira@raswlaw.com<br>will.seiler@raswlaw.com<br><br>**ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT KIMBALL AREA PUBLIC SCHOOLS** |