UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil Case No. 23-CV-02637 (NEB/LIB) |
| Plaintiff/ Counterclaim Defendant, | |
| v. | **[PROPOSED] ORDER ON COUNTERCLAIM DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| I.R.M., by and through his Parent, L.M., | |
| Defendants/ Counterclaim Plaintiffs. | |

---

The above-entitled matter came before the Honorable Nancy E. Brasel at 4:00 p.m. on Wednesday, July 2, 2025, in Courtroom 13W at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, for hearing on Counterclaim Defendant Kimball Area Public Schools' Motion for Summary Judgment. Elizabeth J. Vieira, Esq., and William M. Seiler, Esq., appeared on behalf of Counterclaim Defendant. Margaret O'Sullivan Kane, Esq., appeared on behalf of the Counterclaim Plaintiffs.

Based upon the files, records, and proceedings herein, it is hereby ordered:

1.    Counterclaim Defendant's Motion for Summary Judgment is granted.

2.    All claims alleged in Counterclaim Plaintiffs' counterclaim are dismissed with prejudice.

1

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _____            _____
                                         Nancy E. Brasel
                                         U.S. District Court Judge