

Jay T. Squires*†     Tessa S. Wagner
Michael J. Waldspurger*     Marcus B. Jardine
Amy E. Mace     William M. Seiler
Trevor S. Helmers*     Dalia N. Istephanous
John P. Edison*     Molly M. Fischl
Liz J. Vieira*     Craig W. Hardie
Kristin C. Nierengarten     Shelby M. Borthwick
Zachary J. Cronen     Maxwell S. Blosser
Michael J. Ervin*     Jesse C. Peterson
Abigail R. Kelzer

*Also Admitted in Wisconsin
†Real Property Specialist Certified - MN State Bar Association

March 28, 2025

*via ECF FILING*
Hon. Judge Nancy E. Brasel
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

RE:     *Kimball Area Public Schools, ISD No. 739 v. I.R.M., et al.*
        Court File No. 23-cv-02637 NEB/LIB
        Our File No. 1696-0083

Dear Judge Brasel:

     Plaintiff/ Counterclaim Defendant ISD 739, Kimball Area Public Schools ("District") hereby withdraws its Motion for Summary Judgment (ECF Docs. 87–94), which is scheduled to be heard by the Court on July 2, 2025, at 4:00 p.m. in Minneapolis. On March 27, 2025, the Honorable Magistrate Judge Leo I. Brisbois issued an Order (ECF Doc. 95) extending the dispositive motion deadline and trial ready deadlines in the above-referenced case. On March 28, 2025, Magistrate Judge Leo I. Brisbois issued the Court's Third Amended Pretrial Scheduling Order (Doc. 96), setting the dispositive motion deadline for June 30, 2025. The District reserves the right to bring another motion for summary judgment within the deadlines set by the Court.

                                        Very Truly Yours,

                                        */s/ William M. Seiler*

                                        Liz J. Vieira
                                        William M. Seiler