UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

Kimball Area Public Schools,
Independent School District No. 739,   Civil File No. 23-CV-2637 (NEB/LIB)

    Plaintiff/Counterclaim Defendant,

vs.   **NOTICE OF APPEAL**

I.R.M., by and through his Parent,
L.M.,

    Defendant/Counterclaim Plaintiff.

___

Notice is hereby given that Defendant/Counterclaim Plaintiff, I.R.M., by and through his Parent, L.M., in the above-named case appeals to the United States Court of Appeals for the Eighth Circuit. Defendant/Counterclaim Plaintiff appeals from the order of the U.S. District Court for the District of Minnesota that was entered on April 1, 2025 that granted the Plaintiff/Counterclaim Defendant's motion for judgment on the administrative record and denied the Defendant/Counterclaim Plaintiff's motion for judgment on the administrative record (Document 99).

**AUTISM ADVOCACY & LAW CENTER**

Date: <u>April 21, 2025</u>

_____
Jason L. Schellack, License No. 0391579
901 North Third Street, Suite 120
Minneapolis, MN 55421
Tel: 612.200.9920
Facsimile: 612.524.5573
Email: jason@autismlawcenter.com

*Attorney for Defendant/Counterclaim Plaintiff*