

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

## TRANSMITTAL OF APPEAL

Date:   4/22/2025

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  abr, U.S. District Court-Minnesota

In Re:  District Court Case No. 23-cv-2637 (NEB/LIB)
Eighth Circuit Case No.:  Not yet assigned
Case Title:  Kimball Area Public Schools, Independent School District No. 739 v. I. R. M.

The statutory filing fee has:
☒ been paid, receipt number: AMNDC-11834458
☐ not been paid as of
  IFP  ☐ is  ☐ is not pending
☐ been waived because:
  ☐ Application for IFP granted  ☐ USA filed appeal

Length of Trial:  N/A

Was a court reporter utilized?  ☒ Yes  ☐ No
If yes, please identify the court reporter: Renee Rogge 612-664-5107