May 1, 2025

*via ECF FILING*
Hon. Judge Nancy E. Brasel
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

RE:   *Kimball Area Public Schools, ISD No. 739 v. I.R.M., et al.*
       Court File No. 23-cv-02637 NEB/LIB

Dear Judge Brasel:

We write pursuant to the Court's March 31, 2025 Order to provide a joint report to the Court on the status of the parties' efforts to meet and confer regarding on the implementation of the February 16, 2023 Individualized Education Program.

The IEP Team, including counsel for the District and L.M., met on April 23 to discuss the Court's Order. Counsel have also met and conferred outside of the IEP team meeting. The parties agree that no changes will be implemented prior to the end of the current school year. We respectfully request additional time to explore potential agreement on implementation of an IEP consistent with the Court's Order. We propose providing the Court with another update on these efforts in fourteen days, on May 14, 2025.

Sincerely,

*s/ Liz J. Vieira*

Liz J. Vieira
Squires, Waldspurger & Mace, P.A.
Attorney for Independent School District No. 739, Kimball


*s/ Jason L. Schellack*

Jason L. Schellack
Autism Advocacy & Law Center
Attorney for L.M. and I.R.M.