

901 North Third Street, Suite 120
Minneapolis, MN 55401
tel. 612.200.9920
fax. 612.524.5573
info@autismlawcenter.com
www.autismlawcenter.com

Jason Schellack
Managing Attorney

Rebecca Wanous
Staff Attorney

Natalie Bielenberg
Staff Attorney

Alden Chatfield
Staff Attorney

DATE: MAY 14, 2025

To:    The Honorable Nancy E. Brasel
United States District Court
300 South Fourth Street    ***VIA ELECTRONIC FILING***
Minneapolis, MN 55415

Re:    *ISD No. 739, Kimball Area Public Schools v. I.R.M., et al.*
Civil No. 23-2637 (NEB/LIB)

Dear Judge Brasel:

On March 31, 2025, the Court issued an Order on Motions for Judgment on the Administrative Record ("Order"). The Court also ordered the parties to meet and confer about implementation of the IEP proposed by the District on February 16, 2023 and report back to the Court within 30 days of its Order. The Court subsequently gave the parties two additional weeks to report back to the Court.

The parties met and conferred at an IEP team meeting on April 23, 2025. At that time, the District informed L.M. that it would not make any changes to I.R.M.'s IEP for the remainder of this school year. The District also informed L.M. that, beginning with summer school, it would cease providing support for the I.R.M.'s AAD. The District also informed L.M. that, beginning this fall, it would no longer offer an IEP with an altered school day.

L.M. does not agree with the District's proposals because they will deny I.R.M. the free appropriate public education ("FAPE") to which he is entitled under the Individuals with Disabilities Education Act ("IDEA"). L.M. is appealing the Court's Order and will be motioning the Court to stay its Order pending the outcome of the appeal.

                Very Truly Yours,
          ***AUTISM ADVOCACY & LAW CENTER***

                */s/ Jason Schellack*

                Jason Schellack