# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1790

_____

Kimball Area Public Schools, Independent School District No. 739

Plaintiff - Appellee

v.

I.R.M., by and through his Parent, L.M.

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-02637-NEB)

_____

**JUDGMENT**

Before SHEPHERD, KELLY, and KOBES, Circuit Judges.

The parties have filed a joint stipulation for dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b). The motion to dismiss case filed by Liz J. Vieira is denied as moot.

The Court's mandate shall issue forthwith.

June 11, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Susan E. Bindler