# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1790

Kimball Area Public Schools, Independent School District No. 739

Appellee

v.

I.R.M., by and through his Parent, L.M.

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-02637-NEB)

---

## MANDATE

In accordance with the judgment of June 11, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 11, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit