

901 North Third Street, Suite 120
Minneapolis, MN 55401
tel. 612.200.9920
fax. 612.524.5573
info@autismlawcenter.com
www.autismlawcenter.com

**Jason Schellack**
Managing Attorney

**Rebecca Wanous**
Staff Attorney

**Natalie Bielenberg**
Staff Attorney

**Alden Chatfield**
Staff Attorney

DATE: JUNE 18, 2025

To:     The Honorable Nancy E. Brasel
        United States District Court
        300 South Fourth Street              ***VIA ELECTRONIC FILING***
        Minneapolis, MN 55415

Re:     *ISD No. 739, Kimball Area Public Schools v. I.R.M., et al.*
        Civil No. 23-2637 (NEB/LIB)

Dear Judge Brasel:

On June 5, 2025, the parties filed a Joint Stipulation to Dismiss the Defendant's appeal of this Court's March 31, 2025 Order on Motions for Judgment on the Administrative Record. On June 11, 2025, the Eighth Circuit Court of Appeals entered a Judgment dismissing Defendant's appeal (Doc. 114). Also on June 11, 2025, this Court requested a letter from the parties to update the Court on the pending case.

The Defendant agreed to dismiss his appeal because Defendant concurs that this Court's March 31, 2025 Order is not a final judgment, or a certified partial final judgment, that can be heard by the Eighth Circuit Court of Appeals at this time. Once the Court issues a final judgment on all claims in this matter, the Defendant intends to again appeal the March 31, 2025 Order on Motions for Judgment on the Administrative Record.

Unfortunately, the parties still do not agree on how to provide on-going special education and related services for the Defendant.

Very Truly Yours,
***AUTISM ADVOCACY & LAW CENTER***

*/s/ Jason Schellack*

Jason Schellack