UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil Case No. 23-CV-02637 (NEB/LIB) |
|     Plaintiff/ Counterclaim Defendant, | |
| v. | **NOTICE OF HEARING** |
| I.R.M., by and through his Parent, L.M., | |
|     Defendants/ Counterclaim Plaintiffs. | |

To:    Defendants/ Counterclaimants I.R.M., by and through his Parent, L.M., and their Attorneys, Amy J. Goetz and Brien D. Drake, School Law Center, LLC, 520 Fifth Street South, Stillwater, MN 55082.

PLEASE TAKE NOTICE that at 4:00 p.m. on Monday, October 20, 2025, before the Honorable Nancy E. Brasel, in Courtroom 13W at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, Counterclaim Defendant Kimball Area Public Schools will move the Court for Summary Judgment pursuant to pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Said motion shall be made upon all the files, records, and proceedings herein, including the Counterclaim Defendant's memorandum of law, and supporting documents filed herewith.

                              **SQUIRES, WALDSPURGER & MACE P.A.**

Dated: June 30, 2025          By:   */s/ Liz. J. Vieira*
                                      Elizabeth J. Vieira (Atty. No. 392521)
                                      William M. Seiler (Atty. No. 0403745)
                                      333 South Seventh Street, Suite 2800
                                      Minneapolis, MN  55402
                                      P: (612) 436-4300
                                      F: (612) 436-4340
                                      liz.vieira@raswlaw.com
                                      will.seiler@raswlaw.com

                                      **ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT KIMBALL AREA PUBLIC SCHOOLS**