UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739,<br><br>Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>I.R.M., by and through his Parent, L.M.,<br><br>Defendants/ Counterclaim Plaintiffs, | Civil Case No. 23-CV-02637 (NEB/LIB)<br><br>**DEFENDANT/COUNTERCLAIMANT'S MOTION TO AMEND THE SCHEDULING ORDER** |

TO: Plaintiff/Counter Claim Defendants Kimball Area Public Schools, Independent School District No. 739, and its Attorneys, Liz J. Vieira and William M. Seiler, Squires, Waldspurger, and Mace, 333 South Seventh St., Suite 2800, Minneapolis, MN 55402.

**PLEASE TAKE NOTICE** that Defendant/Counterclaim Plaintiff I.R.M., by and through his Parent, L.M. hereby moves the Court for an order amending the Third Pretrial Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b)(4). I.R.M.'s motion is based upon all the files, records and proceedings herein, including the memorandum of law, and declarations and exhibits filed herewith.

Dated: July 7, 2025

By: /s/ *Amy J. Goetz*
Amy J. Goetz (Atty. No. 214711)
**SCHOOL LAW CENTER**
520 Fifth St. S.
Stillwater, MN 55082
(651) 222-6288
agoetz@schoollawcenter.com