UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil Case No. 23-CV-02637 (NEB/LIB) |
| Plaintiff/ Counterclaim Defendant, | |
| v. | **LOCAL RULE 5.6 STATEMENT OF CONFIDENTIALITY** |
| I.R.M., by and through his Parent, L.M., | |
| Defendants/ Counterclaim Plaintiffs, | |

---

Consistent with Local Rule 5.6 and the Advisory Committee Note, Defendants and Counterclaim Plaintiffs designate the following documents as confidential:

- Exhibit 1 to the Declaration of Amy J. Goetz in Support of Defendants and Counterclaim Plaintiff's Motion to Amend the Scheduling Order
- Exhibit 2 to the Declaration of Amy J. Goetz in Support of Defendants and Counterclaim Plaintiff's Motion to Amend the Scheduling Order
- Exhibit 3 to the Declaration of Amy J. Goetz in Support of Defendants and Counterclaim Plaintiff's Motion to Amend the Scheduling Order

Counterclaim Plaintiff is filing these documents under seal. The vast majority of contents of these documents fall under the Court's Protective Order (*see* Doc. 73), with confidential information intertwined with non-protected information throughout the filings, making redaction impracticable.

Dated: July 7, 2025

By: /s/ *Amy J. Goetz*
Amy J. Goetz (Atty. No. 214711)
**SCHOOL LAW CENTER**
520 Fifth St. S.
Stillwater, MN 55082
(651) 222-6288
agoetz@schoollawcenter.com