UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kimball Area Public Schools,
Independent School District No. 739,

       Plaintiff/ Counterclaim Defendant,

v.

I.R.M., by and through his Parent,
L.M.,

       Defendants/ Counterclaim Plaintiffs,

Civil Case No. 23-CV-02637 (NEB/LIB)

**MEET AND CONFER STATEMENT**

---

I, Amy J. Goetz, certify that counsel for Defendants/Counterclaimants met and conferred

with counsel for Plaintiff/Counter Defendant regarding Defendants/Counterclaimants

Motion to Amend the Scheduling Order on July 2, 2025 and settlement. The parties were

unable to come to a mutual agreement regarding amendment to the scheduling order.


Dated: July 7, 2025

By: /s/ *Amy J. Goetz*
Amy J. Goetz (Atty. No. 214711)
**SCHOOL LAW CENTER**
520 Fifth St. S.
Stillwater, MN 55082
(651) 222-6288
agoetz@schoollawcenter.com

bdrake@schoollawcenter.com

1