UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil Case No. 23-CV-02637 (NEB/LIB) |
| Plaintiff/ Counterclaim Defendant, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO AMEND** |
| I.R.M., by and through his Parent, L.M., | |
| Defendants/ Counterclaim Plaintiffs, | |

This matter came before the Court on August 14, 2025 pursuant to Defendants'/Counterclaim Plaintiffs' Motion to Amend the Scheduling Order. The matter was submitted to the court upon the memoranda and exhibits submitted by the parties.

IT IS HEREBY ORDERED THAT:

1. The Third Amended Scheduling Order's discovery deadline is suspended.

2. The Third Amended Scheduling Order's non-dispositive motion deadline is suspended.

3. The Court will set a status conference to schedule a new non-dispositive motion deadline and to schedule a new discovery and non-dispositive motion deadline at

1

the earliest opportunity.


Dated:_____                    _____
                                          Hon. Leo I. Brisbois
                                          Magistrate Judge