UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil Case No. 23-CV-02637 (NEB/LIB) |
| Plaintiff/ Counterclaim Defendant, | **NOTICE OF HEARING** |
| v. | |
| I.R.M., by and through his Parent, L.M., | |
| Defendants/ Counterclaim Plaintiffs, | |

TO: Plaintiff and Counter Claim Defendants Kimball Area Public Schools, Independent School District No. 739, and their Attorneys, Liz J. Vieira and William M. Seiler, Squires, Waldspurger, and Mace, P.A., 333 South Seventh St., Suite 2800, Minneapolis, MN 55402.

PLEASE TAKE NOTICE that on August 12, 2025, at 10:30 a.m. before the Honorable Magistrate Judge Leo I. Brisbois, at United States District Courthouse, 515 West First Street, Duluth, Minnesota 55802 a hearing will be held on Defendant/Counterclaim Plaintiff I.R.M., by and through his Parent, L.M.'s (Counter Claimants) Motion to Amend the Scheduling Order. Said motion shall be made upon all the files, records and proceedings herein, including Counter Claimant's memorandum of law, declarations and exhibits, and supporting documents filed herewith.

| | |
|---|---|
| Dated: July 2, 2025 | By: /s/ *Amy J. Goetz*<br>Amy J. Goetz (Atty. No. 214711)<br>Brien D. Drake (Atty. No. 0504606)<br>**SCHOOL LAW CENTER**<br>520 Fifth St. S.<br>Stillwater, MN 55082<br>(651) 222-6288<br>agoetz@schoollawcenter.com<br><br>bdrake@schoollawcenter.com |