UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739,<br><br>      Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>I.R.M., by and through his Parent, L.M.,<br><br>      Defendants/ Counterclaim Plaintiffs. | Civil Case No. 23-CV-02637 (NEB/LIB)<br><br>**[PROPOSED] ORDER ON COUNTERCLAIM DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The above-entitled matter came before the Honorable Nancy E. Brasel at 4:00 p.m. on Monday, October 20, 2025, in Courtroom 13W at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, for hearing on Counterclaim Defendant Kimball Area Public Schools' Motion for Summary Judgment. Elizabeth J. Vieira, Esq., and William M. Seiler, Esq., appeared on behalf of Counterclaim Defendant. Amy J. Goetz, Esq. and Brien D. Drake, Esq., appeared on behalf of the Counterclaim Plaintiffs.

Based upon the files, records, and proceedings herein, it is hereby ordered:

1. Plaintiff/Counterclaim Defendant's Motion for Summary Judgment is **DENIED**.

2. Defendants/Counterclaim Plaintiffs' Motion for Summary Judgment is **GRANTED.**

1

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _____   _____
Nancy E. Brasel
U.S. District Court Judge