UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil Case No. 23-CV-02637 (NEB/LIB) |
| Plaintiff/ Counterclaim Defendant, | |
| v. | **LOCAL RULE 5.6 STATEMENT OF CONFIDENTIALITY** |
| I.R.M., by and through his Parent, L.M., | |
| Defendants/ Counterclaim Plaintiffs, | |

Consistent with Local Rule 5.6 and the Advisory Committee Note, Defendants and Counterclaim Plaintiffs designate the following documents as confidential:

- Exhibit A to the Declaration of Laura McMahon in Opposition to Plaintiff's Motion for Summary Judgment;
- Exhibit B to the Declaration of Laura McMahon in Opposition to Plaintiff's Motion for Summary Judgment;
- Exhibit C to the Declaration of Laura McMahon in Opposition to Plaintiff's Motion for Summary Judgment;
- Exhibit D to the Declaration of Laura McMahon in Opposition to Plaintiff's Motion for Summary Judgment;
- Exhibit E to the Declaration of Laura McMahon in Opposition to Plaintiff's Motion for Summary Judgment;
- Exhibit F to the Declaration of Laura McMahon in Opposition to Plaintiff's Motion for Summary Judgment;

Counterclaim Plaintiff is filing these documents under seal. The vast majority of contents of these documents fall under the Court's Protective Order (*see* Doc. 73), with confidential information intertwined with non-protected information throughout the filings, making redaction impracticable.

| | |
|---|---|
| Dated: July 21, 2025 | By: /s/ *Amy J. Goetz* |
| | Amy J. Goetz (Atty. No. 214711) |
| | Brien D. Drake (Atty. No. 0504606) |
| | **SCHOOL LAW CENTER** |
| | 520 Fifth St. S. |
| | Stillwater, MN 55082 |
| | (651) 222-6288 |
| | agoetz@schoollawcenter.com |
| | bdrake@schoollawcenter.com |