### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools Independent School District No. 739 | Civil Case No. 23-CV-02637 (NEB/LIB) |
| | **NOTICE OF APPEARANCE** |

Plaintiff/Counterclaim Defendant

v.

I.R.M., by and through his Parent, L.M.,

Defendants/Counterclaim Plaintiffs.

The undersigned attorney hereby notifies the Court and counsel that Brien D. Drake, shall appear as counsel of record for Defendants and Counter Claim Plaintiffs I.R.M., by and through his Parent, L.M., in addition to Amy J. Goetz in this case.

Dated: August 4, 2025_____    /s/ *Brien D. Drake*
Brien D. Drake (Atty. No. 214711)
**SCHOOL LAW CENTER**
520 Fifth St. S.
Stillwater, MN 55082
(651) 222-6288
bdrake@schoollawcenter.com