UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimball Area Public Schools, Independent School District No. 739, | Civil Case No. 23-CV-02637 (NEB/LIB) |
| Plaintiff/ Counterclaim Defendant, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| I.R.M., by and through his Parent, L.M., | |
| Defendants/ Counter Claimants. | |

The above-entitled matter being fully compromised and settled,

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective undersigned attorneys, that the same may be and is hereby dismissed with prejudice pursuant to a stipulated settlement agreement between the parties and without an award of fees, costs or disbursements to any party.

**[SIGNATURE PAGE FOLLOWS]**

|  |  |
|---|---|
|  | **SCHOOL LAW CENTER, LLC.** |
| Dated: September 29, 2025 | By: */s/ Amy J. Goetz* <br> Amy J. Goetz (Atty No. 214711) <br> Brien Drake (Atty No. 0504606) <br> 520 Fifth Street South <br> Stillwater, Minnesota 55082 <br> P: (651) 222-6288 Amy Goetz <br> agoetz@schoollawcenter.com <br> bdrake@schoollawcenter.com <br><br> **ATTORNEYS FOR DEFENDANTS/ COUNTER CLAIMANTS I.R.M. AND L.M.** |
|  | **SQUIRES, WALDSPURGER & MACE P.A.** |
| Dated: September 30, 2025 | By: */s/ William M. Seiler* <br> Elizabeth J. Vieira (Atty. No. 392521) <br> William M. Seiler (Atty. No. 0403745) <br> 333 South Seventh Street, Suite 2800 <br> Minneapolis, MN  55402 <br> P: (612) 436-4300 <br> F: (612) 436-4340 <br> liz.vieira@raswlaw.com <br> will.seiler@raswlaw.com <br><br> **ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT KIMBALL AREA PUBLIC SCHOOLS** |