## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| KIMBALL AREA PUBLIC SCHOOLS, INDEPENDENT SCHOOL DISTRICT NO. 739, | Case No. 23-CV-2637 (NEB/LIB) |
| Plaintiff/Counterclaim Defendant, | ORDER FOR DISMISSAL |
| v. | |
| I.R.M., *by and through his Parent L.M.*, | |
| Defendant/Counterclaimants. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on September 30, 2025 (ECF No. 155), IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE and without an award of fees, costs or disbursements to any party.

Dated: September 30, 2025

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge